```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 13690
   JOSEPH A ACINAPURA
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-5445

-----------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/31/07 .

     2.  The case was dismissed without confirmation, 12/21/2007.

     3.  The Debtor paid a total of $    6000.00 .

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                          PAID        PAID
-----------------------------------------------------------------------------
HSBC MORTGAGE SERVICES   CURRENT MORTG         .00          .00         .00
HSBC MORTGAGE SERVICES   MORTGAGE ARRE   NOT FILED          .00         .00
HSBC MORTGAGE SERVICES   SECURED               .00          .00         .00
HSBC MORTGAGE SERVICES   MORTGAGE ARRE   NOT FILED          .00         .00
        Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED    PRIORITY   UNSECURED     OTHER       TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00        .00         .00        .00         .00
PRINCIPAL PAID         .00        .00         .00        .00         .00
INTEREST PAID          .00        .00         .00        .00         .00
TOTAL PAID             .00        .00         .00        .00         .00
The Debtor's attorney, KELLEHER & BUCKLEY         , was allowed $     .00
and was paid $      .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $   6000.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 04/11/08                /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 07 B 13690 JOSEPH A ACINAPURA
```